| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>October 06, 2025<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _____NM_____<br>DEPUTY |

| | | |
|---|---|---|
| **DANIEL ALEXANDER MENDOZA EUCEDA,** | § § § § | |
| **Petitioner,** | § § § | |
| v. | § § § | |
| **KRISTI NOEM**, Secretary, U.S. Department of Homeland Security; **TODD M. LYONS**, Acting Director of ICE; **SYLVESTER M ORTEGA**, Field Office Director of Enforcement And Removal Operations, San Antonio Field Office, Immigration and Customs Enforcement; **ROSE THOMPSON**, Warden of the Karnes County Residential Center; **PAMELA BONDI**, U.S. Attorney General; and U.S. DEPARTMENT OF HOMELAND SECURITY, | § § § § § § § § § § § § § § § | NO. SA-25-CV-01234-OLG |
| **Respondents.** | § | |

## ORDER SETTING HEARING

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (*see* Dkt. No. 2), in which he seeks an order compelling his release from ICE custody. Because Respondents have received notice of the Motion, which is therefore not an *ex parte* request (*see* Dkt. No. 4), the Court hereby **ORDERS** the following:

1. Respondents must file a response to Petitioner's Emergency Motion (Dkt. No. 2) by **Tuesday, October 14, 2025**.

2. Petitioner may submit a reply by **Tuesday, October 21, 2025**.

3. Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction is set for an in-person hearing on **Wednesday, October 29, 2025, at 10:00 a.m.** in Courtroom C on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207. Petitioner must be present at the hearing.

**SIGNED** this ___6___ day of October 2025.

ORLANDO L. GARCIA
United States District Judge