FILED
October 24, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DANIEL ALEXANDER MENDOZA EUCEDA,** § § § | |
| **Petitioner,** § § | **NO. SA-25-CV-01234-OLG** |
| v. § § | |
| **KRISTI NOEM,** *et al.*, § § | |
| **Respondents.** § | |

# O R D E R

On September 30, 2025, Petitioner Daniel Alexander Mendoza Euceda filed his Petition for Writ of Habeas Corpus (*see* Dkt. No. 1) pursuant to 28 U.S.C. § 2241, along with an Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (*see* Dkt. No. 2).

Upon review, it is **ORDERED** that the Clerk of Court shall send copies of the Petition (Dkt. No. 1), Petitioner's Motion (Dkt. No. 2), and this Order by certified mail return receipt requested to the Office of the United States Attorney on behalf of all Respondents at the following addresses:

**Mary F. Kruger**
**United States Attorney's Office**
**Chief, Civil Division**
**601 NW Loop 410, Suite 600**
**San Antonio, TX 78216**

**Warden Rose Thompson**
**Karnes County Residential Center**
**409 FM-1144**
**Karnes City, TX 78118**

Absent further order of the Court, such deliveries will constitute sufficient service of process upon all Respondents.

It is further **ORDERED** that:

1. Respondents must file a response to the Petition (Dkt. No. 1) **no later than 7 days** after service.

2. If Petitioner elects to file a reply, he may do so **no later than 7 day**s after the Respondents' response is filed.

**SIGNED** this 24th day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge