**FILED**
October 27, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DANIEL ALEXANDER MENDOZA EUCEDA, | § § § |
| Petitioner, | § § |
| v. | § NO. SA-25-CV-01234-OLG |
| KRISTI NOEM, *et al.*, | § § § |
| Respondents. | § § |

### ORDER VACATING PRELIMINARY INJUNCTION HEARING

Before the Court is the status of this case, in which Petitioner filed his Petition for Writ of Habeas Corpus (*see* Dkt. No. 1) pursuant to 28 U.S.C. § 2241, along with an Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (*see* Dkt. No. 2) on September 30, 2025. Respondents have since responded to Petitioner's Motion; however, because they have not yet been served with a copy of the Petition (*see* Dkt. No. 9), the Court finds that the hearing on Petitioner's request for injunctive relief should be vacated until the government has responded to the Petition and the Court can set this matter for a consolidated hearing, if necessary, on the merits of both requests.

It is therefore **ORDERED** that the in-person hearing on Petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction having been set in this case on **Wednesday, October 29, 2025, at 10:00 a.m.** is hereby **VACATED** until further order of the Court.

**SIGNED** this __27__ day of October 2025.

ORLANDO L. GARCIA
United States District Judge